

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00390-CV

Mary **MARTINEZ** and Juan Martinez,
Appellants

v.

**RITA'S FAMOUS TACOS, LLC** and Rita Villanueva,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19917B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellants' brief was filed in this accelerated appeal on October 14, 2021. Therefore, appellees' briefs were due to be filed on November 3, 2021. On November 2, 2021, appellee Rita's Famous Tacos, LLC filed its brief. However, to date, appellee Rita Villanueva has not filed a brief or a motion for an extension of time to file a brief. It is therefore ORDERED that appellee Rita Villanueva show cause in writing by **November 23, 2021**, why this appeal should not be set at issue. If appellee Rita Villanueva fails to respond, this appeal will be set at issue without her appellee's brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court